**STATE of Missouri, Respondent,**

**v.**

**William Richard GRACE, Appellant.**

**No. WD 75370.**

Missouri Court of Appeals,
Western District.

Aug. 27, 2013.

Craig Johnston, Columbia, MO, for Appellant.

Robert Rice, Maryville, MO, for Respondent.

Before Division Four: JAMES EDWARD WELSH, C.J., LISA WHITE HARDWICK, and ALOK AHUJA, JJ.

### ORDER

PER CURIAM:

William R. Grace appeals his convictions following a bench trial for driving without

a valid license and for second-degree trespass. We affirm. Rule 30.25(b).